**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00308-LTB

JAMES L. NASH,

    Plaintiff,

v.

MARY CARLSON, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 15, 2012, Plaintiff filed a Motion with the Court in which he requests the return of the $350.00 filing fee that he paid in full.  Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), regardless of the payment of the filing fee an action shall be dismissed at any time if the Court determines a complaint is frivolous.  The Court dismissed this action as frivolous.  The request for a refund, therefore, is DENIED.

Dated:  March 16, 2012